# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DIAZ, DANIEL                              § Case No. 12-21156
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $190,950.00                    Assets Exempt: $18,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $749.18         Claims Discharged
                                                 Without Payment: $3,000.00

Total Expenses of Administration: $286.91

---

   3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,963.91 (see **Exhibit 2**), yielded net receipts of $1,036.09 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $272,217.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 286.91 | 286.91 | 286.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,776.00 | 749.18 | 749.18 | 749.18 |
| **TOTAL DISBURSEMENTS** | $275,993.00 | $1,036.09 | $1,036.09 | $1,036.09 |

    4) This case was originally filed under Chapter 7 on May 24, 2012. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2013          By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3220 Hawthorne Franklin Park, Illinois 60131, Si | 1110-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DIAZ, DANIEL | Surplus funds | 8200-002 | 3,963.91 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,963.91** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Pna Bank | 4110-000 | 233,317.00 | N/A | N/A | 0.00 |
| NOTFILED | Tcf Banking & Savings | 4110-000 | 6,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Bsbuy | 4110-000 | 458.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Union 1 | 4110-000 | 32,117.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$272,217.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 186.91 | 186.91 | 186.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$286.91** | **$286.91** | **$286.91** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. successor to Bank America | 7100-000 | 776.00 | 747.66 | 747.66 | 747.66 |
| 1I | FIA CARD SERVICES, N.A. successor to Bank America | 7990-000 | N/A | 1.52 | 1.52 | 1.52 |
| NOTFILED | Sonia Diaz | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$3,776.00** | **$749.18** | **$749.18** | **$749.18** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-21156  
**Case Name:** DIAZ, DANIEL  

**Period Ending:** 09/18/13

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/24/12 (f)  
**§341(a) Meeting Date:** 07/26/12  
**Claims Bar Date:** 12/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3220 Hawthorne Franklin Park, Illinois 60131, Si | 80,000.00 | 26,558.00 |  | 5,000.00 | FA |
| 2 | 5914 West North Avenue, Chicago, IL | 180,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Leyden Credit Union Account ...378 | 600.00 | 0.00 | OA | 0.00 | FA |
| 4 | Leyden Credit Union Account ...279 | 50.00 | 0.00 | OA | 0.00 | FA |
| 5 | Microwave oven, Dining table, stove, refrigerato | 1,800.00 | 900.00 | OA | 0.00 | FA |
| 6 | Debtor's Clothes | Unknown | 0.00 | OA | 0.00 | FA |
| 7 | Chevy Blazer 1995 149,000 miles | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2006 Suzuki Motorcycle (Son's titled to Debtor) | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 9 | 2007 Cadillac Escalade 160k miles (Titled to deb | 4,000.00 | 4,000.00 | OA | 0.00 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$270,950.00** | **$34,458.00** |  | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepare and file TFR.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013        **Current Projected Date Of Final Report (TFR):**   July 2, 2013  (Actual)

Printed: 09/18/2013 01:24 PM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-21156
**Case Name:** DIAZ, DANIEL

**Taxpayer ID #:** **-***3759
**Period Ending:** 09/18/13

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******09-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/12 | {1} | Daniel Diaz | First installment on non-exempt equity in 3220 Hawthorne, Frankilin Park, IL | 1110-000 | 2,500.00 | | 2,500.00 |
| 10/21/12 | {1} | Daniel Diaz | Final installment for equity in 3220 Hawthorne, Franklin Park, IL | 1110-000 | 2,500.00 | | 5,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 4,950.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,950.00 | |
| | | | **Subtotal** | | 5,000.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$50.00** | |

{} Asset reference(s)

Printed: 09/18/2013 01:24 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-21156  
**Case Name:** DIAZ, DANIEL  

**Taxpayer ID #:** **-***3759  
**Period Ending:** 09/18/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****514566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,950.00 | | 4,950.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,940.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,930.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,920.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,910.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,900.00 |
| 07/30/13 | 10101 | Ira Bodenstein | TFR approved 7/23/2013 | 2100-000 | | 186.91 | 4,713.09 |
| 07/30/13 | 10102 | FIA CARD SERVICES, N.A. successor to Bank America | Ref # 3729 | 7100-000 | | 747.66 | 3,965.43 |
| 07/30/13 | 10103 | FIA CARD SERVICES, N.A. successor to Bank America | Ref # 3729 | 7990-000 | | 1.52 | 3,963.91 |
| 07/30/13 | 10104 | DIAZ, DANIEL | Surplus funds | 8200-002 | | 3,963.91 | 0.00 |

|  | ACCOUNT TOTALS | 4,950.00 | 4,950.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 4,950.00 | 0.00 | |
|  | **Subtotal** | **0.00** | **4,950.00** | |
|  | Less: Payments to Debtors | | 3,963.91 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$986.09** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******09-66** | 5,000.00 | 50.00 | 0.00 |
| **Checking # ****514566** | 0.00 | 986.09 | 0.00 |
| | $5,000.00 | $1,036.09 | $0.00 |